# Exhibit E



About Us    Newsroom    Investor Relations

August 25, 2022

# GoDaddy Statement on eth.link Domain Registration

Share — Twitter   Facebook   LinkedIn   Copy Link

GoDaddy is sharing the following update in acknowledgment of interest among certain parties in the domain eth.link. The registration for this domain expired on July 26, 2022. The domain is currently progressing through the standard expiry lifecycle and is expected to be returned to the registry on Sept. 5, 2022, absent a renewal by the current registrant.

## Sign up for alerts

SUBMIT

Privacy - Terms

GoDaddy Guides 

About GoDaddy

Support

Resources

Partner Programs

Account

Shopping

© 2022 GoDaddy Operating Company, LLC. All Rights Reserved.

Legal    Privacy Policy    Advertising Preferences    Cookies

Privacy - Terms