# Canter, Jacob

| | |
|---|---|
| **From:** | Canter, Jacob |
| **Sent:** | Friday, September 9, 2022 4:25 PM |
| **To:** | sam@manifoldfinance.com |
| **Cc:** | Parker, Warrington; Urbelis, Alexander; Pruitt, Andrew; Lee, Katie; Sheehan, Jessica |
| **Subject:** | True Names Ltd. et al. v GoDaddy, Inc. et al. | Court Order PLEASE READ |
| **Attachments:** | ECF 19 (Court Order).pdf; Court Order Granting in Part and Denying in Part Motion.pdf |
| **Importance:** | High |

I am counsel to True Names Ltd. and Virgil Griffith.

The Court has issued an order in *True Names Ltd. et al. v. GoDaddy, Inc. et al.*, 22 Civ. 1494-JJT that affects your rights and interests. The Order (and the associated docket entry) is attached. For your convenience I have pasted the docket entry text below:

**ORDER - IT IS HEREBY ORDERED granting in part and denying in part the Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction (Doc. [2]). The Court will grant Plaintiffs the requested preliminary injunctive relief but will not enter the requested Order to Show Cause. IT IS FURTHER ORDERED that, to the extent ownership interest in the Domain has been sold or transferred away from Plaintiffs as the registrants, Defendants shall immediately transfer ownership in the Domain back to Plaintiffs. IT IS FURTHER ORDERED that, attendant to this injunctive relief, Plaintiffs must post a bond in the amount of $10,000 under Federal Rule of Civil Procedure 65(c) by September 13, 2022. IT IS FURTHER ORDERED that Plaintiffs shall serve this Order on Defendants as soon as practicable, and in any event by September 13, 2022. (See document for full details). Signed by Judge John J Tuchi on 9/9/2022. (LAD)**

We will proceed to serve both attachments on your agent. Please let us know if you have any questions. Kind regards,

## Jacob Canter
Pronouns: he/him/his
jcanter@crowell.com
+1.415.365.7210 direct | +1.415.385.3716 mobile
LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell
**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.