# Canter, Jacob

| | |
|---|---|
| **From:** | Canter, Jacob |
| **Sent:** | Friday, September 9, 2022 5:06 PM |
| **To:** | SDPS |
| **Cc:** | Lee, Katie |
| **Subject:** | Request for Immediate Service of Documents |
| **Attachments:** | ECF 19 (Court Order).pdf; Court Order Granting in Part and Denying in Part Motion.pdf |

Hello,

We need the two attached documents served on all of the below addresses for the associated corporations.  **We also need affidavits proving service immediately after service is effectuated**. Please take all steps necessary to make this happen immediately.

**GoDaddy, Inc. (Delaware corp.)**
251 Little Falls Drive, Wilmington DE, 19808
2155 E GoDaddy Way, Tempe AZ, 85284

**GoDaddy.com LLC (Delaware corp.)**
251 Little Falls Drive, Wilmington DE, 19808
2155 E GoDaddy Way, Tempe AZ, 85284

**Manifold Finance, Inc. (Delaware corp.)**
651 N. Broad St., Suite 201, Middletown DE, 19709

**Dynadot LLC (California corp.)**
205 E. 3rd Ave., Suite 314, San Mateo, CA 94401
210 S Ellsworth Ave., Unite 345, San Mateo, CA 94401
12670 Viscaino Ct. Los Altos, CA 94022


Please confirm receipt of this email. Thank you,


**Jacob Canter**
Pronouns: he/him/his
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile
LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111


# Crowell
**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.