# Canter, Jacob

| | |
|---|---|
| **From:** | Rebecca Short <rshort@capitolprocess.com> |
| **Sent:** | Tuesday, September 13, 2022 11:05 AM |
| **To:** | Canter, Jacob; David Felter; OOS |
| **Cc:** | Sheehan, Jessica |
| **Subject:** | Re: Crowell & Moring - Same Day Process Service Required |

External Email

Jacob,

Regarding the Los Altos address for Dynadot LLC, our server did try there yesterday, but it is a residence and no one would come to the door at 6:25 PM PST. A woman inside did come to a nearby window and spoke to the server from there, but was very combative and would not answer the server's questions when he inquired where Dynadot is or if someone from the company was there. She eventually told the server that she did not know anything and told him to leave. We can try and get an audience with someone else here but let me know if you have other instructions or questions.

Thank you,

```
--
Rebecca Short
Out-of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P:(202)-667-0050
```
nationwide@capitolprocess.com

```
#1- Best of Legal Times Hall of Fame

VOTED BEST PROCESS SERVER IN DC METRO AREA 8 YEARS IN A ROW

All emails/service requests are replied to in the order they are received.
```
On 9/13/2022 11:37 AM, Canter, Jacob wrote:

> Thanks. Yes please follow up.
>
> **Jacob Canter**
> Pronouns: he/him/his
> Crowell & Moring LLP
> jcanter@crowell.com
> +1.415.365.7210 direct | +1.415.385.3716 mobile
>
> **From:** Rebecca Short <rshort@capitolprocess.com>
> **Sent:** Tuesday, September 13, 2022 7:48 AM
> **To:** Canter, Jacob <JCanter@crowell.com>; David Felter <dfelter@capitolprocess.com>; OOS <nationwide@capitolprocess.com>
> **Cc:** Sheehan, Jessica <JSheehan@crowell.com>
> **Subject:** Re: Crowell & Moring - Same Day Process Service Required

External Email

Jacob,

Attached are the affidavits of service for the files that were served in Delaware yesterday.

Regarding the remaining services, I have a few updates -

Re: Dynadot LLC at 210 S. Ellsworth Ave. in San Mateo, service was attempted yesterday at 2:10 PM PST but the server found that this location is a U.S. Post Office location. The server did try speaking with a clerk there but they would not confirm if the entity rents box 345 there.

Re: Dynadot LLC at 205 E. 3rd Ave., service was attempted at 2:14 PM PST, however this location is a secured building with no entry allowed unless you have a keycard or call up. Dynadot was listed on the directory, but the server did not receive an answer when they called up. They will reattempt this one.

Re: GoDaddy.com LLC at 2155 E. GoDaddy Way - service was attempted at 3:16 PM MST and our server spoke with personnel in the legal department who advised that they are only authorized to accept warrants or subpoenas at those locations, so they could not accept service of the documents yesterday. They also advised the server that all other legal documents for service should be directed to their registered agent, however that information was not given when the server inquired. Please let us know how you would like us to proceed with service on these, if at all.

I will also follow up with our agent in the Bay Area regarding the service of Dynadot in Los Altos once their business day starts.

Thank you,

--
Rebecca Short
Out-of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P:(202)-667-0050
nationwide@capitolprocess.com

#1- Best of Legal Times Hall of Fame

VOTED BEST PROCESS SERVER IN DC METRO AREA 8 YEARS IN A ROW

All emails/service requests are replied to in the order they are received.

On 9/12/2022 3:58 PM, Canter, Jacob wrote:

> Thanks very much, Rebecca. Please also provide the affidavits when you have a chance. Appreciate it!
>
> **Jacob Canter**
> Pronouns: he/him/his
> Crowell & Moring LLP
> jcanter@crowell.com
> +1.415.365.7210 direct  |  +1.415.385.3716 mobile

**From:** Rebecca Short <rshort@capitolprocess.com>
**Sent:** Monday, September 12, 2022 12:57 PM
**To:** Canter, Jacob <JCanter@crowell.com>; David Felter <dfelter@capitolprocess.com>; OOS <nationwide@capitolprocess.com>
**Subject:** Re: Crowell & Moring - Same Day Process Service Required

External Email

Jacob,

Manifold Finance, Inc. was served at LegalInc. Corporate Services, Inc. today at 12:10 PM.

GoDaddy, Inc. and GoDaddy.com LLC was served at Corporation Service Company at 12:50 PM.

We will keep you posted on the remaining as we hear that those have been served. Thanks,

```
--
Rebecca Short
Out-of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P:(202)-667-0050
```
nationwide@capitolprocess.com

```
#1- Best of Legal Times Hall of Fame

VOTED BEST PROCESS SERVER IN DC METRO AREA 8 YEARS IN A ROW

All emails/service requests are replied to in the order they are
received.
```
On 9/12/2022 10:36 AM, Canter, Jacob wrote:

> Hi Rebecca, please use 099155.0000011
>
>
> **Jacob Canter**
> Pronouns: he/him/his
> Crowell & Moring LLP
> jcanter@crowell.com
> +1.415.365.7210 direct  |  +1.415.385.3716 mobile
>
> ---
>
> **From:** Rebecca Short <rshort@capitolprocess.com>
> **Sent:** Monday, September 12, 2022 7:21 AM
> **To:** David Felter <dfelter@capitolprocess.com>; Canter, Jacob <JCanter@crowell.com>; OOS <nationwide@capitolprocess.com>
> **Subject:** Re: Crowell & Moring - Same Day Process Service Required
>
> External Email

Jacob,

Please provide a client matter number for these requests. Thanks,

```
--
Rebecca Short
Out-of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P:(202)-667-0050
```
nationwide@capitolprocess.com

```
#1- Best of Legal Times Hall of Fame

VOTED BEST PROCESS SERVER IN DC METRO AREA 8 YEARS IN
A ROW

All emails/service requests are replied to in the
order they are received.
```
On 9/12/2022 7:57 AM, David Felter wrote:

> We can accommodate that time line and will apprise you at every juncture.
>
>> On Mon, Sep 12, 2022 at 7:53 AM Canter, Jacob <JCanter@crowell.com> wrote:
>>
>> OK. Please proceed with service and please get the affidavits as soon as practicable. Really need them no later than tomorrow though— and if that's the case I need immediate notice of when the service is completed. Is that possible?
>>
>> Sent from my iPhone
>>
>>> On Sep 12, 2022, at 4:10 AM, David Felter <dfelter@capitolprocess.com> wrote:
>>>
>>>  External Email
>>>
>>> Service can be done straight away today.  We can discuss the timing of the affidavits which may take a  day longer than the service.
>>>
>>>> On Sun, Sep 11, 2022 at 11:21 PM Canter, Jacob <JCanter@crowell.com<mailto:JCanter@crowell.com>
>>>> > wrote:
>>>> Hello,
>>>>
>>>> I am a lawyer at Crowell & Moring LLP. We have an account with Capitol Process Servers, Inc.
>>>>
>>>> We need the two attached documents served on the below companies at each of the below addresses tomorrow (Monday September 12). And we also need

4

affidavits proving that service was completed immediately afterwards. I.e., 8 affidavits proving service of the 4 entities.

GoDaddy, Inc. (Delaware corp.)
[251 Little Falls Drive, Wilmington DE, 19808](https://urldefense.com/v3/__https://www.google.com/maps/search/251*Little*Falls*Drive,*Wilmington*DE,*19808?entry=gmail&source=g__;KysrKysr!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_zeTjzDs$)
2155 E GoDaddy Way, Tempe AZ, 85284

GoDaddy.com LLC (Delaware corp.)
[251 Little Falls Drive, Wilmington DE, 19808](https://urldefense.com/v3/__https://www.google.com/maps/search/251*Little*Falls*Drive,*Wilmington*DE,*19808?entry=gmail&source=g__;KysrKysr!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_zeTjzDs$)
2155 E GoDaddy Way, Tempe AZ, 85284

Manifold Finance, Inc. (Delaware corp.)
[651 N. Broad St., Suite 201, Middletown DE, 19709](https://urldefense.com/v3/__https://www.google.com/maps/search/651*N.*Broad*St.,*Suite*201,*Middletown*DE,*19709?entry=gmail&source=g__;KysrKysrKys!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_1GYzu5u$)

Dynadot LLC (California corp.)
[205 E. 3rd Ave., Suite 314, San Mateo, CA 94401](https://urldefense.com/v3/__https://www.google.com/maps/search/205*E.*3rd*Ave.,*Suite*314,*San*Mateo,*CA*94401?entry=gmail&source=g__;KysrKysrKysr!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_7LvjZhS$)
[210 S Ellsworth Ave](https://urldefense.com/v3/__https://www.google.com/maps/search/210*S*Ellsworth*Ave?entry=gmail&source=g__;Kysr!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_0EwQ7uU$)., Unite 345, San Mateo, CA 94401
12670 Viscaino Ct. Los Altos, CA 94022<https://urldefense.com/v3/__https://www.google.com/maps/search/12670*Viscaino*Ct.*Los*Altos,*CA*94022?entry=gmail&source=g__;KysrKysr!!LB4zUoi

J9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_95ABgqi$>

Please confirm receipt of this email and let me know if there are any questions. Best,

Jacob Canter

Pronouns: he/him/his

jcanter@crowell.com<mailto:JCanter@crowell.com>

+1.415.365.7210 direct

|

+1.415.385.3716 mobile

LinkedIn<https://urldefense.com/v3/__https://www.linkedin.com/in/jacob-canter-6a53b0120/__;!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_1BeINGv$>

Crowell & Moring LLP

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco*

\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*,\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*CA\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$><https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero\*Center\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*26th\*Floor\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*San\*Francisco\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*,\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*CA\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$><https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero\*Center\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*26th\*Floor\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*San\*Francisco\*\*A0D\*0A\*\*A0D\*

0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco*

*A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$><https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$><https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*

0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco*

*A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>
3
Embarcadero<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>
Center<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0

D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>   <https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0

A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D
*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A
**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*C
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A
**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0
D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJ
SslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlK
yUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlK
yUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSU
rJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUl
KyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJS
slJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v
7BOa-
HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiy
ol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.co
m/maps/search/Embarcadero*Center**A0D*0A**A0D
*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A
**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A
**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco*
*A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0
D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0
D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D
*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gma
il&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJS
slJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUl
KyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJS
UrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyU
lKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSsl
JSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4z
UoiJ9F1unGg!oJB7v7BOa-
HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiy
ol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.co
m/maps/search/Embarcadero*Center**A0D*0A**A0D
*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A
**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A
**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A

0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>   <https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0

A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D
*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A
**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*C
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A
**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0
D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJ
SslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlK
yUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlK
yUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSU
rJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUl
KyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJS
slJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v
7BOa-
HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiy
ol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.co
m/maps/search/Embarcadero*Center**A0D*0A**A0D
*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A
**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A
**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A**A0D*0A**A0D*0A*San*Francisco*
*A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0
D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A
0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0
D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D
*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gma
il&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJS
slJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUl
KyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJS
UrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyU
lKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSsl
JSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4z
UoiJ9F1unGg!oJB7v7BOa-
HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiy
ol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.co
m/maps/search/Embarcadero*Center**A0D*0A**A0D
*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0
A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A
**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A
**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**
A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A

0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$><https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$><https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero*Center**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*26th*Floor**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A

\*\*A0D\*0A\*\*A0D\*0A\*San\*Francisco\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*,\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*C A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0 D\*0A\*\*A0D\*0A\*\*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSrKyUlKyUlK yUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlK yUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSU rJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUl KyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJS slJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v 7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiy ol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero\*Center\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*26th\*Floor\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A 0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*San\*Francisco\* \*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\* A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A 0D\*0A\*,\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A 0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0 D\*0A\*\*A0D\*0A\*CA\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\* A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A 0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0 D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D \*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*94111?entry=gma il&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJS slJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUl KyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJS UrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyU lKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSsl JSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4z UoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiy ol8YTbmTo2xn0YIId3Q2k_99scUqi$>

<https://urldefense.com/v3/__https://www.google.com/maps/search/Embarcadero\*Center\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*26th\*Floor\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A0D\*0A\*\*A

0D*0A**A0D*0A**A0D*0A**A0D*0A*San*Francisco**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*,**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*CA**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A**A0D*0A*94111?entry=gmail&source=g__;KyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSsrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKysrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrJSUrKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyUlKyslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSslJSs!!LB4zUoiJ9F1unGg!oJB7v7BOa-HSUyiVdQ9SdwCzuzlsco_eJ8urv20ERZMwWQrZOlbeFiyol8YTbmTo2xn0YIId3Q2k_99scUqi$>

26th<

--
David S. Felter
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
info@capitolprocess.com