**CROWELL & MORING LLP**
Justin D. Kingsolver (AZ Bar No. 035476)
JKingsolver@crowell.com
Alexander Urbelis (*pro hac vice*)
AUrbelis@crowell.com
Andrew G. Pruitt (*pro hac vice*)
APruitt@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116

**CROWELL & MORING LLP**
Warrington S. Parker, III (*pro hac vice*)
WParker@crowell.com
Jacob Canter (*pro hac vice*)
JCanter@crowell.com
Katie Lee (*pro hac vice*)
KatLee@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

*Attorneys for True Names, Ltd. and Virgil Griffith*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| True Names, Ltd. d/b/a Ethereum Name Service, a Singapore corporation, and Virgil Griffith, an individual | Case No. 2:22-cv-01494-JJT |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GODADDY, INC., GODADDY.COM LLC, AND DYNADOT LLC TO ANSWER OR RESPOND TO THE AMENDED COMPLAINT (First Request)** |
| v. | |
| GoDaddy, Inc., a Delaware corporation, and GoDaddy.com LLC, a Delaware corporation, Dynadot LLC, a California corporation, and Manifold Finance, Inc., a Delaware corporation. | |
| Defendants. | |

This action was filed by Plaintiffs True Names, Ltd., and Virgil Griffith ("Plaintiffs") on September 5, 2022. (*See* Dkt. No. 1 ("Complaint")).

Plaintiffs served the summons and Complaint on Defendants GoDaddy, Inc., GoDaddy.com LLC, on Manifold Finance, Inc. on September 6, 2022, and on Dynadot LLC on September 7. (*See* Dkt. Nos. 12, 13, 14, and 15).

Plaintiffs then filed an amended complaint on September 21, 2022. (*See* Dkt. No. 24 ("Amended Complaint")). Plaintiffs served the summons and Amended Complaint on Defendants GoDaddy, Inc. and GoDaddy.com LLC on September 26, 2022, on Dynadot,

CROWELL & MORING LLP
ATTORNEYS AT LAW

LLC on September 29, 2022, and on Manifold on September 23, 2022. (*See* Dkt. Nos. 30, 31, 32, and 33).

GoDaddy, Inc., GoDaddy.com LLC, and Dynadot, LLC ("the Stipulating Defendants") have conferred with Plaintiffs regarding an extension to the deadline for them to answer or respond to the Amended Complaint to **October 31, 2022**. As of this date, Manifold Finance, Inc. has not asked for an extension of its deadline to answer or respond. Plaintiffs agree to extend the deadline for Stipulating Defendants to **October 31, 2022**.

Good cause exists for this in order to afford the Stipulating Defendants time to assess the allegations and to afford the parties additional time to discuss a potential resolution of the instant dispute. No other deadlines will be affected by this stipulated extension. This is GoDaddy, Inc., GoDaddy.com LLC, and Dynadot LLC's first request for an extension concerning this matter.

Accordingly, for the reasons presented herein, the parties respectfully request that the Court enter an order extending the deadline for Defendants GoDaddy, Inc., GoDaddy.com LLC, and Dynadot, LLC to answer or respond to the Amended Complaint to **October 31, 2022**. A proposed order consistent with the relief requested herein is submitted concurrently herewith.

Executed in San Francisco, California, on this 11th day of October 2022.

*/s/ Jacob Canter*