**CROWELL & MORING LLP**
Justin D. Kingsolver (AZ Bar No. 035476)
JKingsolver@crowell.com
Alexander Urbelis (*pro hac vice*)
AUrbelis@crowell.com
Andrew G. Pruitt (*pro hac vice*)
APruitt@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Fax: (202) 628-5116

**CROWELL & MORING LLP**
Warrington S. Parker, III (*pro hac vice*)
WParker@crowell.com
Jacob Canter (*pro hac vice*)
JCanter@crowell.com
Katie Lee (*pro hac vice*)
KatLee@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

*Attorneys for True Names, Ltd. and Virgil Griffith*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| True Names, Ltd. d/b/a Ethereum Name Service, a Singapore corporation, and Virgil Griffith, an individual<br><br>            Plaintiff,<br>v.<br><br>GoDaddy, Inc., a Delaware corporation, and GoDaddy.com LLC, a Delaware corporation, Dynadot LLC, a California corporation, and Manifold Finance, Inc., a Delaware corporation.<br><br>            Defendants. | Case No. 2:22-cv-01494-JJT<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GODADDY, INC., GODADDY.COM LLC, AND DYNADOT LLC TO ANSWER OR RESPOND TO THE AMENDED COMPLAINT (Second Request)** |

This action was filed by Plaintiffs True Names, Ltd., and Virgil Griffith ("Plaintiffs") on September 5, 2022. (*See* Dkt. No. 1 ("Complaint")).

Plaintiffs served the summons and Complaint on Defendants GoDaddy, Inc., GoDaddy.com LLC and Manifold Finance, Inc. on September 6, 2022, and on Dynadot LLC on September 7. (*See* Dkt. Nos. 12, 13, 14, and 15).

Plaintiffs then filed an amended complaint on September 21, 2022. (*See* Dkt. No. 24 ("Amended Complaint")). Plaintiffs served the summons and Amended Complaint on Defendants GoDaddy, Inc. and GoDaddy.com LLC on September 26, 2022, on Dynadot,

LLC on September 29, 2022, and on Manifold on September 23, 2022. (*See* Dkt. Nos. 30, 31, 32, and 33).

GoDaddy, Inc., GoDaddy.com LLC, and Dynadot, LLC ("the Stipulating Defendants") and Plaintiffs stipulated to an extension to the deadline for them to answer or respond to the Amended Complaint to October 31, 2022. (Dkt. No. 34). The Court granted this extension. (Dkt. No. 38) The Stipulating Defendants and Plaintiffs have since agreed to an additional extension of time to answer or respond to the Amended Complaint until **November 11, 2022**.

Good cause exists for this in order to afford the Stipulating Defendants time to assess the allegations and to afford the parties additional time to discuss a potential resolution of the instant dispute. No other deadlines will be affected by this stipulated extension. This is GoDaddy, Inc., GoDaddy.com LLC, and Dynadot LLC's second request for an extension concerning this matter.

Accordingly, for the reasons presented herein, the parties respectfully request that the Court enter an order extending the deadline for Defendants GoDaddy, Inc., GoDaddy.com LLC, and Dynadot, LLC to answer or respond to the Amended Complaint to **November 11, 2022**. A proposed order consistent with the relief requested herein is submitted concurrently herewith.

Executed in San Francisco, California, on this 27th day of October 2022.

*/s/ Jacob Canter*