**CROWELL & MORING LLP**
Justin D. Kingsolver (AZ Bar No. 035476)
JKingsolver@crowell.com
Alexander Urbelis (*pro hac vice*)
AUrbelis@crowell.com
Andrew G. Pruitt (*pro hac vice*)
APruitt@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116

**CROWELL & MORING LLP**
Warrington S. Parker, III (*pro hac vice*)
WParker@crowell.com
Jacob Canter (*pro hac vice*)
JCanter@crowell.com
Katie Lee (*pro hac vice*)
KatLee@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

*Attorneys for True Names, Ltd. and Virgil Griffith*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| True Names, Ltd. d/b/a Ethereum Name Service, a Singapore corporation, and Virgil Griffith, an individual,<br><br>Plaintiffs,<br>v.<br><br>GoDaddy, Inc., a Delaware corporation, and GoDaddy.com LLC, a Delaware corporation, Dynadot LLC, a California corporation, and Manifold Finance, Inc., a Delaware corporation.<br><br>Defendants. | Case No. 2:22-cv-01494-JJT<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GODADDY, INC., GODADDY.COM LLC, AND DYNADOT LLC TO ANSWER OR RESPOND TO THE AMENDED COMPLAINT (Third Request)** |

This action was filed by Plaintiffs True Names, Ltd., and Virgil Griffith ("Plaintiffs") on September 5, 2022. (*See* Dkt. No. 1 ("Complaint")).

Plaintiffs served the summons and Complaint on Defendants GoDaddy, Inc., GoDaddy.com LLC, on Manifold Finance, Inc. on September 6, 2022, and on Dynadot LLC on September 7. (*See* Dkt. Nos. 12, 13, 14, and 15).

Plaintiffs then filed an amended complaint on September 21, 2022. (*See* Dkt. No. 24 ("Amended Complaint")). Plaintiffs served the summons and Amended Complaint on Defendants GoDaddy, Inc. and GoDaddy.com LLC on September 26, 2022, on Dynadot,

LLC on September 29, 2022, and on Manifold on September 23, 2022. (*See* Dkt. Nos. 30, 31, 32, and 33).

GoDaddy, Inc., GoDaddy.com LLC, and Dynadot, LLC (the "Stipulating Defendants") and Plaintiffs (collectively, the "Parties") previously stipulated to two extensions of the deadline for the Stipulating Defendants to answer or respond to the Amended Complaint, which the Court subsequently granted (Dkt. Nos. 35, 41). Since the Court granted the Parties' previous requests to extend this deadline, the Parties have continued to engage in discussions to work towards a potential resolution of this matter. The Parties have since agreed to an additional extension of time to answer or respond to the Amended Complaint until **December 12, 2022**.

Good cause exists for this stipulated extension of time in order to afford the Parties additional time to work towards a potential resolution of the instant dispute, and thereby potentially avoid unnecessary motion practice and preserve judicial resources. No other deadlines will be affected by this stipulated extension. This is the Parties' third request for an extension concerning this matter.

Accordingly, for the reasons presented herein, the Parties respectfully request that the Court enter an order extending the deadline for Defendants GoDaddy, Inc., GoDaddy.com LLC, and Dynadot, LLC to answer or respond to the Amended Complaint to **December 12, 2022**. A proposed order consistent with the relief requested herein is submitted concurrently herewith.

Executed in San Francisco, California, on this 9th day of November 2022.

*/s/ Katie Lee*