Haryle Kaldis (*to be admitted pro hac vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-5559
Email:          hkaldis@cozen.com

Attorneys for Defendants
GoDaddy Inc. and GoDaddy.com, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| True Names, Ltd. d/b/a Ethereum Name Service, a Singapore corporation, and Virgil Griffith, an individual<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc., a Delaware corporation, and GoDaddy.com LLC, a Delaware corporation, Dynadot LLC, a California corporation, and Manifold Finance, Inc., a Delaware corporation.<br><br>Defendants. | No.: 2:22-cv-01494-JJT<br><br>**DEFENDANTS GODADDY INC. AND GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on December 12, 2022, Defendants GoDaddy Inc. and GoDaddy.com, LLC ("GoDaddy") (collectively, "Defendants"), hereby move this Court for an order dismissing Plaintiffs True Names, Ltd. and Virgil Griffith's (collectively, "Plaintiffs") Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

GoDaddy's Motion under Rule 12(b)(6) is made on the grounds that Plaintiffs have failed to state a claim for relief. *First*, Plaintiffs' breach of contract claim must be dismissed because Plaintiffs registered the domain name at issue with Uniregistry, and not Defendants. Moreover, Plaintiffs' own exhibits attached to the Amended Complaint contradict their allegations supporting any breach of contract claim, and Plaintiffs fail to identify any contractual provision that was breached. *Second*, Plaintiffs' claim for breach of the implied covenant of good faith and fair dealing also fails because the domain name at issue was registered with Uniregistry, and not Defendants. Moreover, Plaintiffs' supporting allegations are similarly contradicted by the exhibits attached to the Amended Complaint, and any claim for breach of the implied covenant would directly contradict the terms of the agreement that Plaintiffs allege they entered into when registering the domain name at issue. *Third*, Plaintiffs' claim for intentional interference with prospective economic advantage should be dismissed because it is unsupported by any factual allegations showing that GoDaddy had knowledge of Plaintiffs' business expectancy, or that GoDaddy took any wrongful acts to interfere with this otherwise unknown business expectancy. *Fourth*, Plaintiffs cannot state a claim for unfair competition because Defendants are not alleged to be competitors, and also because Plaintiffs fail to allege sufficient facts showing that GoDaddy has acted contrary to honest practice in industrial or commercial matters. *Fifth*, and finally, Plaintiffs fail to state a claim for conversion because the domain name at issue was registered with Uniregistry, and not Defendants. Moreover, a domain registration is intangible property that cannot be the subject of a conversion action, and Plaintiffs fail to allege sufficient facts to establish that they had any right to immediate possession of this intangible property at the time of the conversion.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, all pleadings and documents concerning this matter contained in the Court's file, any other matters of which this Court may take judicial notice, and such further evidence and oral argument as may be presented at the hearing of this Motion.

Dated:  December 12, 2022

**COZEN O'CONNOR**
Haryle Kaldis (*to be admitted pro hac vice*)

By: *s/Haryle Kaldis*
    Haryle Kaldis

Attorneys for Defendant

GODADDY INC. and GODADDY.COM, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Justin Kingsolver<br>Alexander Urbelis<br>Andrew Pruitt<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel:  (202) 624-2500<br>Fax:  (202) 628-5116<br>JKingsolver@crowell.com<br>AUrbelis@crowell.com<br>APruitt@crowell.com | Warrington S. Parker, III<br>Jacob Canter<br>Katie Lee<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th FL<br>San Francisco, CA 94111<br>Tel:  (415) 986-2800<br>Fax:  (415) 986-2827<br>WParker@crowell.com<br>JCanter@crowell.com<br>KatLee@crowell.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |

SIGNED AND DATED this 12th day of December, 2022 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By:  *s/ Haryle Kaldis*
     Haryle Kaldis

**GODADDY INC. AND GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS**