| | |
|---|---|
| CROWELL & MORING LLP<br>Justin D. Kingsolver (AZ Bar No. 035476)<br>JKingsolver@crowell.com<br>Alexander Urbelis (*pro hac vice*)<br>AUrbelis@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500 | CROWELL & MORING LLP<br>Warrington S. Parker, III (*pro hac vice*)<br>WParker@crowell.com<br>Jacob Canter (*pro hac vice*)<br>JCanter@crowell.com<br>Katie Lee (*pro hac vice*)<br>KatLee@crowell.com<br>3 Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Telephone: (415) 986-2800 |

Attorneys for Plaintiffs True Names, Ltd. and Virgil Griffith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| True Names, Ltd. d/b/a Ethereum Name Service, a Singapore corporation; and Virgil Griffith, an individual,<br><br>    Plaintiffs,<br>v.<br><br>GoDaddy, Inc., a Delaware corporation; GoDaddy.com LLC, a Delaware corporation; Dynadot LLC, a California corporation; and Manifold Finance, Inc., a Delaware corporation,<br><br>    Defendants. | No. 2:22-cv-01494-JJT<br><br>STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE |

    This action was filed by Plaintiffs True Names, Ltd., and Virgil Griffith ("Plaintiffs") on September 5, 2022. (*See* Dkt. No. 1). Plaintiffs filed an amended complaint on September 21, 2022. (*See* Dkt. No. 24).

    GoDaddy, Inc. and GoDaddy.com LLC ("the Stipulating Defendants") filed a Motion to Dismiss on December 12, 2022. (*See* Dkt. No. 49 ("Motion")). The Stipulating Defendants and Plaintiffs (together, "the Parties") have agreed to extend the briefing schedule for the Motion to provide the Parties a reciprocal two-week extension for their respective filings. Without an extension, the due dates of Plaintiffs' opposition falls on December 27, 2022 and the reply due date falls on January 3, 2023.

The Plaintiffs agree to file any response in opposition to the Motion on or before January 10, 2023.  The Stipulating Defendants agree to file any reply to the Motion on or before January 31, 2023.

Good cause exists for this in order due to conflicting briefing schedules in other matters, scheduled travel plans, and to afford the Plaintiffs and Stipulating Defendants time to respectively draft and file the response and reply to the Motion.  No other deadlines will be affected by this stipulated extension.  This is the Parties' first request for an extension concerning this matter.

Accordingly, for the reasons presented herein, the Parties respectfully ask the Court to enter an order extending the deadline for any response in opposition the Motion on or before **January 10, 2023** and any reply to the Motion on or before **January 31, 2023**.  A proposed order consistent with the relief requested herein is submitted concurrently herewith.

Executed in San Francisco, California, on this 22nd day of December 2022.

*/s/ Katie Lee*            x