| | |
|---|---|
| CROWELL & MORING LLP<br>Justin D. Kingsolver (AZ Bar No. 035476)<br>JKingsolver@crowell.com<br>Alexander Urbelis (*pro hac vice*)<br>AUrbelis@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Telephone: (202) 624-2500 | CROWELL & MORING LLP<br>Warrington S. Parker, III (*pro hac vice*)<br>WParker@crowell.com<br>Jacob Canter (*pro hac vice*)<br>JCanter@crowell.com<br>Katie Lee (*pro hac vice*)<br>KatLee@crowell.com<br>3 Embarcadero Center, 26th Floor<br>San Francisco, California  94111<br>Telephone: (415) 986-2800 |

Attorneys for Plaintiffs True Names, Ltd. and Virgil Griffith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| True Names, Ltd. d/b/a Ethereum Name Service, a Singapore corporation; and Virgil Griffith, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc., a Delaware corporation; GoDaddy.com LLC, a Delaware corporation; Dynadot LLC, a California corporation; and Manifold Finance, Inc., a Delaware corporation,<br><br>    Defendants. | No. 2:22-cv-01494-JJT<br><br><br><br><br><br>MOTION TO WITHDRAW AS COUNSEL— ATTORNEY ANDREW PRUITT |

Pursuant to Local Rule 83.3, Plaintiffs True Names, Ltd. and Virgil Griffith file this Motion to Allow Andrew Pruitt to Withdraw as Counsel and would respectfully show the Court as follows:

1. Plaintiffs hereby request that the Court grant this motion to allow Andrew Pruitt to withdraw as counsel for Plaintiffs in the above-styled and numbered cause.

2. Good cause exists to grant this motion, as Mr. Pruitt has resigned as a member of the law firm Crowell & Moring LLP, effective December 2, 2022.

1

3. Justin D. Kingsolver, Alexander Urbelis, Warrington S. Parker, III, Jacob Canter, and Katie Lee will remain as counsel for Plaintiffs. Plaintiffs also requests that the clerk remove Mr. Pruitt's name from the ECF list.

WHEREFORE, Plaintiffs True Names, Ltd. and Virgil Griffith request that this Court enter an Order granting Andrew Pruitt's Motion to Withdraw as Counsel.

Dated: December 26, 2022

CROWELL & MORING LLP

By: /s/ Katie Lee

Justin D. Kingsolver (AZ Bar No. 035476)
Alexander Urbelis (*pro hac vice*)
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
JKingsolver@crowell.com
AUrbelis@crowell.com
APruitt@crowell.com

CROWELL & MORING LLP
Warrington S. Parker, III (*pro hac vice*)
Jacob Canter (*pro hac vice*)
Katie Lee (*pro hac vice*)
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
WParker@crowell.com
JCanter@crowell.com
KatLee@crowell.com