1  Haryle Kaldis (*admitted pro hac vice*)
   COZEN O'CONNOR
2  1650 Market Street, Suite 2800
   Philadelphia, PA  19103
3  Telephone: (215) 665-5559
   Email:         hkaldis@cozen.com
4
   Attorneys for Defendants
5  GoDaddy Inc. and GoDaddy.com, LLC

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| ENS Labs Ltd., and Virgil Griffith, an individual<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc., a Delaware corporation, and GoDaddy.com LLC, a Delaware corporation, Dynadot LLC, a California corporation, and Manifold Finance, Inc., a Delaware corporation.<br><br>Defendants. | No.: 2:22-cv-01494-JJT<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS** |

Defendants GoDaddy.com, LLC ("GoDaddy") and GoDaddy Inc. (collectively, "Defendants") respectfully submit this notice of supplemental authority to advise the Court of the recent decision in *Hao v. GoDaddy.com, LLC*, No. CV-22-01709-PHX-DLR (D. Ariz. Apr. 25, 2023), attached hereto as Exhibit A, which further supports Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. *See* Doc. 49, 50. In *Hao*, the plaintiff brought a conversion claim under Arizona law alleging that GoDaddy wrongfully exercised dominion and control over a domain name. Ex. 1 at 2. The District Court dismissed the claim with prejudice, holding that "a domain name is intangible property that cannot be the object of a conversion claim" under Arizona law. Ex. 1 at 3.

The District Court's holding in *Hao* directly supports dismissal of Plaintiffs' conversion claim with prejudice. As in *Hao*, Plaintiffs' conversion claim is brought under Arizona law and improperly attempts to rely on a domain name as the alleged object of the claim. *See* Doc. 24, ¶ 74 (alleging that Defendants "exercised dominion and control over the domain name eth.link"). Indeed, the *Hao* Court rejected arguments that are nearly identical to Plaintiffs' arguments in their Opposition to Defendants' Motion to Dismiss. *Compare* Doc. 58 at 15–16 (relying on *Kremen v. Cohen*, 337 F.3d 1024 (9th Cir. 2003) to argue that a domain name can serve as the object of a conversion claim); *with* Ex. 1 at 3 (finding that *Kremen* "is inapposite because Arizona, unlike California, follows the Restatement's strict merger requirement").

For these reasons, and the reasons set forth in Defendants' Motion to Dismiss, Defendants respectfully ask that this Court dismiss the Amended Complaint with prejudice.

///
///
///
///
///
///
///

1

**GODADDY INC. AND GODADDY.COM, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

Dated: April 26, 2023

**COZEN O'CONNOR**
Haryle Kaldis (*admitted pro hac vice*)

By: *s/Haryle Kaldis*
 Haryle Kaldis

Attorneys for Defendants

GODADDY INC. and GODADDY.COM, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Justin Kingsolver<br>Alexander Urbelis<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W., Suite 1100<br>Washington, DC 20004<br>Tel:  (202) 624-2500<br>Fax:  (202) 628-5116<br>JKingsolver@crowell.com<br>AUrbelis@crowell.com<br>APruitt@crowell.com<br><br>Counsel for Plaintiffs | Warrington S. Parker, III<br>Jacob Canter<br>Katie Lee<br>CROWELL & MORING LLP<br>3 Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel:  (415) 986-2800<br>Fax:  (415) 986-2827<br>WParker@crowell.com<br>JCanter@crowell.com<br>KatLee@crowell.com<br><br>Counsel for Plaintiffs |
| Kevin E. O'Malley<br>Yusra B. Bokhari<br>GALLAGHER & KENNEDY PA<br>2575 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016<br>kevin.omalley@gknet.com<br>yusra.bokhari@gknet.com<br><br>Counsel for Dynadot LLC | Alexander R. LaCroix<br>John C. Gray<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 E. Washington Street, Suite 1200<br>Phoenix, AZ 85004<br>alacroix@lewisroca.com<br>jgray@lewisroca.com<br><br>Counsel for Manifold Finance, Inc. |

SIGNED AND DATED this 26th day of April, 2023 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By: *s/ Haryle Kaldis*
 Haryle Kaldis

3

**GODADDY INC. AND GODADDY.COM, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**