**EXHIBIT A**

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ENS Labs Ltd., *et al.*, | No. 2:22-CV-01494-JJT |
| Plaintiffs, | **DECLARATION OF HALLIE CAO** |
| v. | |
| GoDaddy Incorporated, *et al.*, | |
| Defendants. | |

Hallie Cao, being duly sworn, deposes and says:

1.    I am over the age of eighteen (18) years old and I am competent to testify to the matters contained in this affidavit and the statements contained in this affidavit are true and correct to my own personal knowledge, unless otherwise stated.

2.    I am the Aftermarket Director at Dynadot, LLC ("Dynadot").  I have held this position since January 1, 2020. I have been employed with Dynadot for over 9 years.

3.    In connection with my position, I am familiar with registrar management and administration, as well as the governing regulations issued by the Internet Corporation for Assigned Names and Numbers ("ICANN") and its Uniform Domain-Name Dispute-Resolution Policy ("UDRP") and rules.

4.    On or about September 8, 2022, Dynadot became aware of an ownership dispute involving the eth[.]link domain name ("Domain") that was auctioned through the Dynadot Auction Exchange ("DAX") between August 26, 2022 to September 3, 2022.

5.   An auction lock was automatically activated on the Domain at the conclusion of the auction, on September 3, 2022.   The auction lock prevents transfer to another registrar and ensures payment for purchase.  The auction lock automatically expires after fifteen days.

6.   After receiving the September 9, 2022 Order, Dynadot modified the auction lock transfer restriction setting on the Domain, to one that would not automatically expire after fifteen days, this is the setting that is still active on the Domain.  This is the most efficient way to set the domain name to a non-transferrable state.

7.   The Domain was transferred to an account managed by Plaintiffs' counsel on September 14, 2022.  (*See*, Exhibit 3 – Transfer Log).

8.   On September 15, 2022, Plaintiffs' counsel accepted a prompt requesting acceptance of Dynadot's Terms of Use.



9.   The transfer restriction setting appears as "UDRP Lock" on the user-side panel.



9539440v1/41238-0001

10. The user-side panel, which shows the "UDRP Lock", is not visible to website users.

11. This setting puts the Domain in a non-transferable state but does not otherwise infringe on the use or ownership of the domain name.

12. As a result of activating a non-transferability setting, registrants are prevented from changing the name servers of the domain name directly through their accounts' control panels, however, they are able to submit change requests directly to the registrar.

13. Pursuant to the ICANN requirements, Dynadot provides a 24/7 abuse reporting and response service.

14. On March 27, 2023 and March 28, 2023, Dynadot received two abuse complaints alleging that the Domain was hosting phishing scams. (*See*, Exhibit 1 – Abuse Complaint 1 with response and Exhibit 2 – Abuse Complaint 2 with response and supporting documents).

15. These abuse reports received by Dynadot contained allegations of phishing scams, which pursuant to the ICANN rules must be investigated by the registrar.

16. Upon investigation by a customer service agent, the links were checked against the records of Virustotal, a prominent third-party cyber-threat database, which identified certain matches. (*See*, Exhibit 2).

17. As a result of the matches, Dynadot's customer service agent turned off the Domain's resolution, disabling it on March 29, 2022 at 7:22 PST, and flagged the Domain for additional review.

18. A senior customer service agent then reviewed this matter and reversed the remedial action by restoring the domain name that same day at 9:07 PST.

19. The Domain was offline for about one hour to one hour and forty-five minutes.

3

1        I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing is true and correct to the best of my knowledge.

3        EXECUTED this 15th day of May, 2023.

4

5                                       *Hallie Cao*

6                                       Hallie Cao

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

# EXHIBIT 1

```
Abuse report IP: 212.73.134.219
Name: Leoinel
Email Address: leoinel123@proton.me
Domain Path: https://tornadocash.eth.link/
Domain names: eth.link
Comment: Hello Dynadot team,
```

there is a fraudulent phishing site on your domain servers which pretend to offer a service to money mix/launder cryptocurrencies which is totally fake. They also got no license or something to launder money in crypto, which is against the ToS.

They try to make look it real and fish people into "mixing" their cryptocurrencies on their site. But they only steal the cryptocurrencies which people send to that fake service and the fraudsters take it without giving out anything.

They promote their scam sites through search engine SEO.

A lot of people lose their hard earned money through this kind of scam.

The Phishing Domain is:
tornadocash.eth.link

They do always generate the same crypto address after entering a crypto address, so they receive all the money because the output crypto address belongs to them. That is how the scam works, the sended ethereum victims want to mix/launder goes instantly into the pockets of the fraudsters who host this domain.

It is a phishing site of the real service "Tornado.cash", Proof:
https://en.wikipedia.org/wiki/Tornado_Cash

Please take actions against these fraudsters and the abused phishing domain "tornadocash.eth.link".

Best regards,
Leoinel.

**dynadot**                                                                 Close

| | |
|---|---|
| **From** | Dynadot Abuse Dept <abuse@dynadot.com> |
| **To** | leoinel123@proton.me |
| **Subject** | Abuse Complaint Received (eth.link) |
| **Date** | Mar 21, 2023 18:01 PST |
| **Size** | 3585 |

Hello,

Thank you for submitting your abuse complaint. We'll investigate the matter, and take action where we deem appropriate.

Please note, we're unable to disclose any additional information and/or updates without a signed court order.

Thank you again.

Best Regards,
Nathan Bateman
Dynadot Abuse Team

Please include case number ddcn:6Qd8Fn7v9KC7n:ddcn in the body of all future correspondences with regards to this case.

Stay connected with the Dynadot app

HELP FILES | BLOG|CONTACT US

**EXHIBIT 2**

Abuse report IP: 212.73.134.219
Name: Earl S.
Email Address: earlson55@proton.me
Domain Path: https://anonymousmixer.eth.link/,https://tornadocash.eth.link/
Domain names: eth.link
Comment: Hello Dynadot team,

there is a fraudulent phishing site on your domain servers which pretend to offer a
service to money mix/launder cryptocurrencies which is totally fake. They also got
no license or something to launder money in crypto.

They try to make look it real and fish people into "mixing" their cryptocurrencies
on their site. But they only steal the cryptocurrencies which people send to that
fake service and the fraudsters take it without giving out anything.

They promote their scam sites through search engine SEO.

A lot of people lose their hard earned money through this kind of scam.

The Phishing Domain is:
https://anonymousmixer.eth.link/

They had 2 same phishing domains and websites up which got both suspended, proof:
https://www.whois.com/whois/anonymousmixer.com
https://www.whois.com/whois/anonymousmixers.com
https://web.archive.org/web/20221029175043/https://www.anonymousmixer.com/ (Backup
of the suspended Phishing site)

The other Phishing Domain is:
https://tornadocash.eth.link/

It is a phishing clone of the Ethereum mixer Tornado Cash which is offline and got
seized, Proof:
https://en.wikipedia.org/wiki/Tornado_Cash

The Phishing domains are hosted as subdomains from "Eth.link" which is hosted on
Dynadot.

Their registrant information is also wrong and false from the domain holder.

Please take actions against these fraudsters.

Kind regards,
Earl.

**dynadot**                                                                                    Close

| | |
|---|---|
| **From** | Dynadot Abuse Dept <abuse@dynadot.com> |
| **To** | earlson55@proton.me |
| **Subject** | Abuse Complaint Received (eth.link) |
| **Date** | Mar 29, 2023 07:14 PST |
| **Size** | 3580 |

Hello,

Thank you for submitting your abuse complaint. We'll investigate the matter, and take action where we deem appropriate.

Please note, we're unable to disclose any additional information and/or updates without a signed court order.

Thank you again.

Best Regards,
Tina James
Dynadot Abuse Team

Please include case number ddcn:729V7V9FMRk7Z:ddcn in the body of all future correspondences with regards to this case.

Stay connected with the Dynadot app

HELP FILES | BLOG|CONTACT US



Anonymous Mixer - Best Multi | VirusTotal - Analyzing URL

https://anonymousmixer.eth.link

Anonymous Mixer

Mixer Pricing FAQs Support

***First Fully Decentralized Mixer***

Anonymous Mixer is proud to be the first **fully decentralized** mixing service

Utilizing cutting-edge technologies such as **Ethereum Name Service** (blockchain Domain Name), InterPlanetary File System (decentralized storage), Smart Contracts, etc. to ensure that every mixing transaction is secure, private, and untraceable

With our innovative approach to mixing, we are leading the charge in advancing the blockchain ecosystem towards a more decentralized and secure future

ANONYMOUS MIXER.ETH

Anonymity Privacy Security

***Your Anonymity is our Priority***

**Anonymous Mixer** allows you to regain your privacy when it comes to staying anonymous with your crypto finances

Because the majority cryptocurrencies, such as Bitcoin, Ethereums and more, relies on a public blockchain. As long as someone (individuals, companies, government) can link your true identity to your wallet address, all of your financial activity is openly readable on the blockchain. The result is a full transparency regarding how much you hold (held), receive (received), and how you spend (spent) your cryptocurrencies

Mix your crypto today and regain your privacy in a heartbeat

Start Mixing Now

***Multi-Currency Mixer***

**Anonymous Mixer** has been designed to provide the best mixing service to the most used cryptocurrencies

Erc20 Erc20 Erc20

   

https://tornadocash.eth.link/

**0** / 90

Community Score

No security vendors flagged this URL as malicious

https://tornadocash.eth.link/
tornadocash.eth.link

200 Status

2023-02-22 20:12:01 UTC
1 month ago

DETECTION   DETAILS   COMMUNITY

Join the VT Community and enjoy additional community insights and crowdsourced detections, plus an API key to automate checks.

**Security vendors' analysis** ⓘ

Do you want to automate checks?

| | | | |
|---|---|---|---|
| Forcepoint ThreatSeeker | ⓘ Suspicious | Abusix | ✓ Clean |
| Acronis | ✓ Clean | ADMINUSLabs | ✓ Clean |
| AICC (MONITORAPP) | ✓ Clean | AlienVault | ✓ Clean |
| alphaMountain.ai | ✓ Clean | Antiy-AVL | ✓ Clean |
| Artists Against 419 | ✓ Clean | Avira | ✓ Clean |
| benkow.cc | ✓ Clean | Bfore.Ai PreCrime | ✓ Clean |
| BitDefender | ✓ Clean | BlockList | ✓ Clean |
| Bkav | ✓ Clean | Certego | ✓ Clean |
| Chong Lua Dao | ✓ Clean | CINS Army | ✓ Clean |
| CMC Threat Intelligence | ✓ Clean | CRDF | ✓ Clean |

https://anonymousmixer.eth.link/

Σ   https://anonymousmixer.eth.link/    Q  ↑  ▦  🔔  👤  Sign in

**0** / 88

◉ Community Score

○ No security vendors flagged this URL as malicious

https://anonymousmixer.eth.link/
anonymousmixer.eth.link

200
Status

2023-03-29 14:17:27 UTC
a moment ago

**DETECTION**    DETAILS    COMMUNITY

Join the VT Community and enjoy additional community insights and crowdsourced detections, plus an API key to automate checks.

**Security vendors' analysis** ⓘ                                          Do you want to automate checks?

| | | | |
|---|---|---|---|
| Forcepoint ThreatSeeker | ○ Suspicious | Abusix | ⊘ Clean |
| Acronis | ⊘ Clean | ADMINUSLabs | ⊘ Clean |
| AICC (MONITORAPP) | ⊘ Clean | AlienVault | ⊘ Clean |
| alphaMountain.ai | ⊘ Clean | Antiy-AVL | ⊘ Clean |
| Artists Against 419 | ⊘ Clean | Avira | ○ Clean |
| benkow.cc | ⊘ Clean | Bfore.Ai PreCrime | ⊘ Clean |
| BitDefender | ⊘ Clean | BlockList | ⊘ Clean |
| Blueliv | ⊘ Clean | Certego | ⊘ Clean |
| Chong Lua Dao | ⊘ Clean | CINS Army | ⊘ Clean |
| CMC Threat Intelligence | ⊘ Clean | CRDF | ⊘ Clean |



Anonymous Mixer - Best Mult
Tornado.cash
https://tornadocash.eth.link
tornado
Voting
Compliance
Docs
Ethereum
New version
Tornado Cash Nova
You are using a public IPFS gateway. Tornado Cash dApp can not use all security features of your browser. Check out landing page for alternatives
Tornado Cash is now being maintained by the community, for more information visit tornadocash.community
After the OFAC sanctions most RPC endpoints have censored deposits. make sure your wallet is manually configured to a working endpoint. See options on chainlist.org and how to configure MetaMask
Deposit
Withdraw
Token
ETH
Amount
0.1 ETH
1 ETH
10 ETH
100 ETH
Connect
Statistics
Anonymity set
27517 equal user deposits
Latest deposits
27517. 6 hours ago
27516. 7 hours ago
27515. 14 hours ago
27514. 14 hours ago
27513. 14 hours ago
27512. 14 hours ago
27511. 14 hours ago
27510. 14 hours ago
27509. 18 hours ago
27508. 18 hours ago

**EXHIBIT 3**



☰   Dynadot  >   🔍                                                        ✉  📞  💬     Alex Levit

☐   C-961918   Virgil Griffith          590 Madison Avenue      +376 2128954254   yes   Verified   ⌄

                aurbelis@crowell.com     New York, NY 10022

                                         United States

                                   view more                                          View All

**Servers( Show Count )**

| Host Name | IP Address | In Use |
|-----------|-----------|--------|
| ben.ns.cloudflare.com | | yes |
| desiree.ns.cloudflare.com | | yes |
| ns1.bodis.com | | no |
| ns2.bodis.com | | no |

                                   view more                                          View All

**Fraud Indicators**

Unmarked   Check for Fraud

| % | Indicator | Value | In Use | Definition |
|---|-----------|-------|--------|-----------|

**Marketing Info**

| Heard About Us | Drefid | Landing Page | Referral Page |
|----------------|--------|--------------|---------------|
| Twitter: | None -1 | / | |

**Processing Logs**

Account(1)

| date | name | type | duration | other AID | OID | DomainId | unixdate |
|------|------|------|----------|-----------|-----|----------|----------|
| 2022/09/14 14:58 | eth.link | move | | 6912 | -1 | 16092369 | 1663192697520 |

**Logs( Show Count )**

2023 ⌄   4 ⌄   1 ⌄  -  2023 ⌄   5 ⌄   14 ⌄   None ⌄

[          ]   Search

| Date | Who | Type | Message | IP |
|------|-----|------|---------|-----|
| 2023/04/19 11:43 | @customer | Account Lock | Account UNLOCKED | 38.140.250.34 |
| 2023/04/19 11:43 | @customer | Customer PIN Change | Customer PIN changed: 3279 | 38.140.250.34 |
| 2023/04/19 11:43 | @customer | Signin/Secure Signin | Signin: 38.140.250.34 | 38.140.250.34 |
| 2023/04/13 07:58 | @customer | Customer PIN Change | Customer PIN changed: 3168 | 38.140.250.34 |
| 2023/04/13 07:58 | @customer | Signin/Secure Signin | Signin: 38.140.250.34 | 38.140.250.34 |

**<u>EXHIBIT B</u>**

**Bokhari, Yusra B.**

| | |
|---|---|
| **From:** | Bokhari, Yusra B. |
| **Sent:** | Tuesday, January 17, 2023 4:44 PM |
| **To:** | Canter, Jacob; Parker, Warrington; O'Malley, Kevin E. |
| **Cc:** | Urbelis, Alexander; Mejía-Cuéllar, Kimberly; Lee, Katie |
| **Subject:** | RE: TNL v. GoDaddy et al. |

Jacob:

The Court order does not entitle you to transfer the eth[.]link to your own registrar.

Gallagher&Kennedy

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
(602) 530-8000 | gknet.com

**Yusra B. Bokhari**
Attorney Profile
yusra.bokhari@gknet.com
(602) 530-8089

**From:** Canter, Jacob <JCanter@crowell.com>
**Sent:** Tuesday, January 17, 2023 3:13 PM
**To:** Bokhari, Yusra B. <yusra.bokhari@gknet.com>; Parker, Warrington <WParker@crowell.com>; O'Malley, Kevin E. <kevin.omalley@gknet.com>
**Cc:** Urbelis, Alexander <AUrbelis@crowell.com>; Mejía-Cuéllar, Kimberly <KMejiaCuellar@crowell.com>; Lee, Katie <KatLee@crowell.com>
**Subject:** RE: TNL v. GoDaddy et al.

Yusra,

Rather than argue whether Dynadot is or is not in compliance with the Court Order, we intend to transfer eth[.]link to our own registrar. The Dynadot account page, however, clearly states that there is a "UDRP Lock" on the eth[.]link domain. We confirmed this is still the case moments ago. Please remove the lock. If the lock prevents us from transferring—and it does—that is not in compliance with the Court Order.

**Jacob Canter**
Pronouns: he/him/his
Crowell & Moring LLP
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile

**From:** Bokhari, Yusra B. <yusra.bokhari@gknet.com>
**Sent:** Tuesday, December 13, 2022 5:15 PM
**To:** Parker, Warrington <WParker@crowell.com>; O'Malley, Kevin E. <kevin.omalley@gknet.com>
**Cc:** Urbelis, Alexander <AUrbelis@crowell.com>; Canter, Jacob <JCanter@crowell.com>; Mejía-Cuéllar, Kimberly <KMejiaCuellar@crowell.com>; Lee, Katie <KatLee@crowell.com>
**Subject:** RE: TNL v. GoDaddy et al.

External Email

Parker:

Dynadot is in compliance with the Court's order. There is no UDRP lock on the account. Your email refers to the account settings, whereby the domain name is set to non-transferable state. We understand that this prevents anyone from changing the name servers of the domain name. Dynadot, can change the name servers based on your clients' requests, which can be made directly to Dynadot. Alternatively, Dynadot is willing to explore a custom transfer lock for eth.link that would remove the UDRP notice from the account page.

Thanks,

Gallagher&Kennedy

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
(602) 530-8000 | gknet.com

**Yusra B. Bokhari**
Attorney Profile
yusra.bokhari@gknet.com
(602) 530-8089

**From:** Parker, Warrington <WParker@crowell.com>
**Sent:** Monday, December 12, 2022 10:13 AM
**To:** Bokhari, Yusra B. <yusra.bokhari@gknet.com>; O'Malley, Kevin E. <kevin.omalley@gknet.com>
**Cc:** Urbelis, Alexander <AUrbelis@crowell.com>; Canter, Jacob <JCanter@crowell.com>; Mejía-Cuéllar, Kimberly <KMejiaCuellar@crowell.com>; Lee, Katie <KatLee@crowell.com>
**Subject:** TNL v. GoDaddy et al.

We have come to discover that Dynadot has placed a lock on the eth.link domain. The lock is in place subject to a UDRP proceeding. The UDRP lock directly impinges Plaintiffs' ownership interests in the domain, as it prohibits Plaintiffs from making changes to domain information or transferring the domain to a different registry. As there is no present UDRP proceeding underway, this lock is improperly in place. *See e.g.*, ICANN Rules at ¶ 4 (only permitting a lock to be in place after the provider submits a verification request and only if the Registrar has "notif[ied] the Respondent of the [UDRP] proceeding"), available at https://www.icann.org/resources/pages/udrp-rules-2015-03-11-en.

Please release the lock on the eth.link domain by no later than December 13, 2022, at 3:00 PM PT. If you believe the UDRP lock is properly in place, please let us know. However, if we do not hear from you and the lock remains improperly in place, we will seek leave from the Court to enforce the preliminary injunction against Dynadot, which prohibits Dynadot from selling, transferring, purchasing, or accepting any "ownership interest in the Domain." *See* ECF No. 19 at 4.

**Warrington Parker**
wparker@crowell.com
+1.415.365.7234 direct

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell

**Collaboration Powers Success**

<u>crowell.com</u>

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.