LEWIS ROCA ROTHGERBER CHRISTIE LLP
John C. Gray (Bar No. 028454)
Alexander R. LaCroix (Bar No. 030166)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone:   (602) 262-5311
Facsimile:   (602) 262-5747
Email:   jgray@lewisroca.com
         alacroix@lewisroca.com

*Specially Appearing for Defendant
Manifold Finance, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ENS Labs, Ltd. *et al.*, | Case No. 2:22-cv-01494-JJT |
| Plaintiffs, | **JOINDER OF SPECIALLY APPEARING DEFENDANT MANIFOLD FINANCE, INC. IN DYNADOT LLC'S RESPONSE IN OBJECTION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION AND REQUEST TO CLARIFY OR AMEND THE PRELIMINARY INJUNCTION** |
| v. | |
| GoDaddy, Inc. *et al.*, | |
| Defendants. | |
| | (Assigned to the Hon. John J. Tuchi) |

121162153.1

Subject to and without waiving its jurisdictional defenses, Defendant Manifold Finance, Inc. ("Manifold"), specially appears to join in Defendant Dynadot LLC's Response In Objection To Plaintiffs' Motion To Enforce Preliminary Injunction And Request To Clarify Or Amend The Preliminary Injunction ("Dynadot's Response") [Dkt. 73].

As noted in Dynadot's Response, Manifold filed, on October 18, 2022, a Motion To Dismiss First Amended Complaint And To Vacate Preliminary Injunction For Lack Of Personal Jurisdiction [Dkt. 37], which remains pending. As explained in that motion, the Court lacks personal jurisdiction over Manifold, such that Manifold must be dismissed from this action, and the previously entered injunction [Dkt. 19] must be vacated.

Accordingly, and for the other reasons set forth in Dynadot's Response, Plaintiffs' Motion To Enforce Preliminary Injunction [Dkt. 65] must also be denied.[1]

Dated: May 15, 2023

Lewis Roca Rothgerber Christie LLP

By: _____
John C. Gray
Counsel for Defendant
Manifold Finance, Inc.

---

[1] In reality, Plaintiffs' motion is not really a motion to *enforce* the Injunction but rather to *expand* the scope of the Injunction to permit Plaintiffs to transfer the internet domain name that is the subject of this action to a different registrar, potentially beyond the jurisdiction of this Court. (*See* Dynadot's Response, p. 2.)