IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ENS Labs Ltd., *et al.*, | No. CV-22-01494-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| GoDaddy Incorporated, *et al.*, | |
| Defendants. | |

Pursuant to the Stipulation for Extension of Time to Answer First Amended Complaint (First Request) (Doc. 79) and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time to Answer First Amended Complaint (First Request) (Doc. 79) and extending the deadline to answer the First Amended Complaint (Doc. 24) to **August 15, 2023**.

Dated this 8th day of August, 2023.

Honorable John J. Tuchi
United States District Judge