**CROWELL & MORING LLP**
Justin D. Kingsolver (AZ Bar No. 035476)
JKingsolver@crowell.com

1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Fax: (202) 628-5116

*Attorneys for True Names, Ltd. and Virgil Griffith*

**CROWELL & MORING LLP**
Warrington S. Parker, III (*pro hac vice*)
WParker@crowell.com
Jacob Canter (*pro hac vice*)
JCanter@crowell.com

3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ENS Labs LTD, and Virgil Griffith, an individual<br><br>                    Plaintiffs,<br>v.<br><br>GoDaddy Inc., a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and Dynadot LLC, a California corporation.<br><br>                    Defendants. | Case No. 2:22-cv-01494-PXH-JJT<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

All parties to this action, including Plaintiffs ENS Labs, LTD, and Virgil Griffith and Defendants GoDaddy Inc., GoDaddy.com, LLC, and Dynadot LLC, hereby stipulate to a dismissal of the above-captioned action **with prejudice** in its entirety, including all claims, causes of action, and parties, with each of the parties to bear its own attorney fees and costs.

1    RESPECTFULLY SUBMITTED THIS 23rd day of August, 2024.

2 **CROWELL & MORING LLP**

*/s/ Jacob Canter*
Jacob Canter (admitted *pro hac vice*)
Warrington S. Parker, III (admitted *pro hac vice*)
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Fax: (415) 986-2827
JCanter@crowell.com
WParker@crowell.com

CROWELL & MORING LLP
Justin D. Kingsolver (AZ Bar No. 035476)
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
JKingsolver@crowell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2024, a true and correct copy of the Joint Stipulation for Dismissal With Prejudice was served on all counsel of record through the Court's CM/ECF System.

                                                */s/ Jacob Canter*
                                              Jacob Canter